# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| TONIA L. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV612-109 |
| | ) | |
| JP MORGAN CHASE BANK | ) | |
| NATIONAL ASSOCIATION, | ) | |
| Successor by merger to CHASE | ) | |
| FINANCE, LLC, Successor by merger | ) | |
| To CHASE MANHATTEN MORTGAGE | ) | |
| CORPORATION, MORTGAGE | ) | |
| ELECTRONIC REGISTRATION | ) | |
| SYSTEMS, INC., BARRETT DAFFIN | ) | |
| FRAPPIER LLP, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Tonia L. Robinson has filed what is, at bottom, *another* mortgage foreclosure jam-up case. Doc. 1 at 14-30; *see also Robinson v. Chase Home Finance*, CV612-005, doc. 14 (S.D. Ga. Apr. 9, 2012) (dismissing prior jam-up case as frivolous). As occurred in *Chase Home Finance*, all the defendants move to dismiss Robinson's case, and they again show that her complaint is the "quintessential shotgun pleading, filed in an unabashed attempt to set

aside a legal and proper foreclosure sale." Doc. 4-1 at 1. Finally, just as she did in *Chase Home Finance*, Robinson has not bothered to respond to either of the dismissal motions, docs. 4 & 7, which thus are unopposed by operation of Local Rule 7.5.

Accordingly, both motions to dismiss (docs. 4 & 7) should be **GRANTED** and plaintiff Tonia L. Robinson's complaint should be **DISMISSED WITH PREJUDICE**.

**SO REPORTED AND RECOMMENDED**, this 9th day of January, 2013.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA