UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| TONIA L. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV612-109 |
| ) | |
| JP MORGAN CHASE BANK ) | |
| NATIONAL ASSOCIATION, ) | |
| Successor by merger to CHASE ) | |
| FINANCE, LLC, Successor by merger ) | |
| To CHASE MANHATTEN MORTGAGE ) | |
| CORPORATION, MORTGAGE ) | |
| ELECTRONIC REGISTRATION ) | |
| SYSTEMS, INC., BARRETT DAFFIN ) | |
| FRAPPIER LLP, ) | |
| ) | |
| Defendants. ) | |

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. A MEN

SO ORDERED this 31 day of Jan, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA